1  Mark P. Robinson, Jr., SBN 054426
   Carlos A. Prietto, III, SBN 166410
2  Ted B. Wacker, SBN 157416
   ROBINSON, CALCAGNIE & ROBINSON
3  620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
4  949-720-1288
   949-720-1292 Fax
5
   Attorneys for Plaintiffs
6  Aurora Gomez and Raphael Gomez

7

8

9

10             UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13 | IN RE: BEXTRA AND                  ) Case No. M 05-CV-1699-CRB
     CELEBREX MARKETING,                )
14 | SALES PRACTICES AND                ) MDL No. 1699
     PRODUCTS LIABILITY                 )
15 | LITIGATION                         ) JUDGE BREYER
                                        )
16 | _____) STIPULATION AND
     This document relates to:          ) ORDER OF DISMISSAL
17 |                                    )
     AURORA GOMEZ, et al., v.           )
18 | G.D. SEARLE & CO., et al.          )
                                        )
19 | AURORA GOMEZ and                   )
     RAPHAEL GOMEZ, spouse;             )
20 | Individual Case No. C06-4122 CRB   )
                                        )
21 | _____)

22

23     **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for

24 Plaintiff and counsel for Defendants that the Complaint of Plaintiffs, Aurora Gomez

25 and Raphael Gomez **only**, filed in the case entitled *Aurora Gomez, et al. v. G. D. Searle, et*

26 *al.*, with the assigned individual case number C 06-4122 CRB, may be and is hereby

27 dismissed without prejudice.

28

---
1
STIPULATION AND ORDER OF DISMISSAL

1  The parties hereby stipulate that should Plaintiffs ever re-file Plaintiffs' claim,
2  Plaintiffs will only re-file in Federal Court.
3  The parties shall each bear their own costs.

4

5  Dated: December 14, 2006        ROBINSON, CALCAGNIE & ROBINSON

6
                                    _____
7                                   Mark P. Robinson, Jr., SBN054426
                                    mrobinson@rcrlaw.net
8                                   Carlos A. Prietto, III, SBN 166410
                                    cprietto@rcrlaw.net
9                                   Ted B. Wacker, SBN 157416
                                    twacker@rcrlaw.net
10                                  620 Newport Center Drive, 7th Floor
                                    Newport Beach, CA 92660
11                                  Telephone: (949) 720-1288
                                    Fax: (949) 720-1292
12
                                    -AND-
13
                                    Samuel M. Wendt, MO #53573
14                                  David Peterson, MO #32229
                                    PETERSON & ASSOCIATES, P.C.
15                                  801 West 47th Street, Suite 107
                                    Kansas City, MO 64112-1253
16                                  Telephone: (816) 531-4440
                                    Fax: (816) 531-0660
17
                                    *Counsel for Plaintiffs*
18                                  Aurora Gomez and Raphael Gomez

19

20  Dated: December 15, 2006        GORDON & REES

21
                                    _____
22
                                    Stuart M. Gordon, Esq.
23                                  sgordon@gordonrees.com
                                    Embarcadero Center West
24                                  275 Battery Street, 20th Floor
                                    San Francisco, CA 94111
25                                  Telephone: (415) 986-5900
                                    Fax: (415) 986-8054
26
                                    *Defendants' Liaison Counsel*
27

28

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: December 19, 2006

HONORABLE CHARLES R. BREYER

