1 | **ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, Suite 700
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Attorneys for Plaintiffs, Frank Oney, Jr. and Melodee Oney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. C06-4122 (CRB) <br> MDL NO. 1699 <br> District Judge: Charles R. Breyer |
| AURORA GOMEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation, <br><br> Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, **FRANK ONEY, JR. and MELODEE ONEY** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42531961.1

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009      ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiffs Frank Oney, Jr. and Melodee Oney

DATED: Oct. 22, 2009      DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**