1  **ROBINSON, CALCAGNIE & ROBINSON**
2  620 Newport Center Drive, Suite 700
   Newport Beach, California  92660
3  Telephone:  (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiffs, Johnny Pope and Judy Pope

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. C06-4122 (CRB)<br>MDL NO. 1699<br>District Judge:  Charles R. Breyer |
| AURORA GOMEZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, **JOHNNY POPE and JUDY POPE** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42531961.1

hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009        ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
   MARK P. ROBINSON, JR.
Attorneys for Plaintiffs Johnny Pope and Judy Pope

DATED:  Oct. 22 , 2009        DLA PIPER LLP (US)

By: /s/
   Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **OCT 2 8 2009**

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1